IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DANIELE LEFFALL | § | |
| v. | § | CIVIL ACTION NO. 6:05cv272 |
| J.B. SMITH, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Daniele Leffall, proceeding *pro se*, filed this civil rights lawsuit complaining of alleged violations of his constitutional rights. This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

On January 17, 2006, Leffall filed a motion asking that his lawsuit be dismissed. On January 23, 2006, the Magistrate Judge issued a Report recommending that the motion be granted and that Leffall's lawsuit be dismissed on the plaintiff's motion. A copy of this Report was sent to Leffall at his last known address, return receipt requested, but no objections have been received; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has examined the Plaintiff's pleadings, the Report of the Magistrate Judge, and all documents and records in the case. Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the Plaintiff's motion for voluntary dismissal of his lawsuit is GRANTED and that the above-styled civil action be and hereby is DISMISSED without prejudice. It is further

ORDERED that any and all motions which may be pending in this lawsuit are hereby DENIED.

**So ORDERED and SIGNED this 16th day of February, 2006.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**